for appellant. A. Levy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MILLER, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Almira Miller against Grace E. Miller. No opinion. Motion to dismiss appeal denied without costs.

MILLER, Respondent, v. SPRINGER, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by John L. Miller against John H. Springer, impleaded with others. G. W. Glaze, for appellant. W. F. Earp, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MIXER, Appellant, v. ADAM, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Knowlton Mixer against James N. Adam, as mayor of the city of Buffalo, and others. No opinion. Motion to dismiss appeal denied without costs. Order (66 Misc. Rep. 238, 121 N. Y. Supp. 31) appealed from affirmed, with $10 costs and disbursements. See, also, 124 N. Y. Supp. 1122.

MONACO v. MURPHY CONST. CO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Lo Monaco against the Murphy Construction Company. No opinion. Motion denied, with $10 costs. Order filed.

MONTELEONE v. A. COLLORA CO. et al. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Beatrice Monteleone against the A. Collora Company and another defendant. No opinion. Judgment of the Municipal Court affirmed, with costs.

MOORE v. DUNLAP EXPRESS CO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Appeal from Special Term, New York County. Action by Charles Moore against the Dunlap Express Company. From an order denying a motion for a bill of particulars, defendant appeals. Reversed, and motion granted. W. L. O'Brion, for appellant. C. Devereux, for respondent.

PER CURIAM. We think the defendant was clearly entitled to a bill of particulars stating the nature, extent, and location of the plaintiff's injuries. The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion granted to the extent indicated.

MOORE et al., Appellants, v. NEIDEL, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by J. Benson Moore and others against Charles Neidel. No opinion. Judgment and order affirmed, with costs.

In re MOORE'S WILL. (Supreme Court, Appellate Division, Third Department. November 23, 1910.) In the matter of the probate of the last will and testament of Mary R. Moore, deceased. No opinion. Motion granted, unless the appellant serves printed case within 20 days and pays $10 costs, in which case motion is denied. See, also, 66 Misc. Rep. 116, 122 N. Y. Supp. 828.

MOREAU, Respondent, v. BANNARD et al., Appellants. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Lewis Moreau against Otto T. Bannard and others. W. B. Hornblower, for appellants. L. L. Kellogg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MORINI v. INTERURBAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Giulia Morini, as administratrix, against the Interurban Street Railway Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

In re MOTT'S ESTATE. (Supreme Court, Appellate Division, First Department. October 28, 1910.) In the matter of the estate of James K. Mott, deceased. No opinion. Decree affirmed, with costs. Order filed.

MOYNAHAN, Respondent, v. CITY OF NEW YORK, Appellant (two cases). (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Bartholomew Moynahan against the City of New York. T. Connoly, for appellant. L. L. Kellogg, for respondent. No opinions. Judgments and orders affirmed, with costs. Orders filed.

MROZ, Respondent, v. CONNERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Julius Mroz against William J. Conners. No opinion. Judgment and order affirmed, with costs.

MULCAHY et al., Respondents, v. BREWSTER, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Mary F. Mulcahy and others against George W. Brewster, impleaded with others. J. E. Duross, for appellant. C. B. McLaughlin, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, with leave to appellant to amend on terms stated in order. Order filed.

MURDOCK v. LEEMING et al. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Harvey Murdock, respondent-appellant, against Thomas L. Leeming and another, as executors, etc., of Leonard J. Busby, deceased, appellants-respondents, and others, defendants.

PER CURIAM. So much of the order appealed from as denies discovery and inspection of original letters of plaintiff to the decedent, and of letter press copies of letters from the -